## GREENOUGH *vs.* WEST.

The endorser of an accommodation note, which was made for his benefit, having a release from the maker, is a competent witness to prove that it has been paid by the maker to the endorsee.

ASSUMPSIT upon a promissory note, payable to one James West, and by him endorsed to the plaintiff.

On the trial the said James was offered as a witness, to prove payment by the defendant, the maker, since the endorsement ; but, on his examination, it appeared that the note was an accommodation note, made for the benefit of the witness, and that the payment had been made from funds furnished by him. The defendant, then, in order to make the said James a competent witness, executed to him a general release of any liability he might be under to the

defendant on account of said note, and of all liability for costs that had or might accrue on the same.

The plaintiff contended that such release did not make the endorser a competent witness, and that under the circumstances he was liable to the plaintiff, as the actual party in interest ; but he was admitted to testify.

A verdict was thereupon taken, by consent, for the defendant, subject to the opinion of this court.

*F. Smith*, for the plaintiff.

*Nesmith*, for the defendant.

PARKER, J.   After the release the witness had no interest in the event of the suit.   If the plaintiff should recover judgment, the defendant would have no claim to recover the amount of the witness.   If the plaintiff fails, the verdict and judgment cannot be evidence for the witness, in any suit which the plaintiff may institute against him.

If the witness is in any way liable to the plaintiff, his interest after the release was that the plaintiff should obtain judgment and satisfaction of the defendant.

*Judgment on the verdict.*